IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION
(ELECTRONICALLY FILED)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) ) |
| DANIEL SCOTT HURLEY<br>5312 Rio Vista Lane<br>Knoxville, Tennessee 37919 | ) ) ) ) |
|     and | ) ) |
| LADONNA L. HURLEY<br>5312 Rio Vista Lane<br>Knoxville, Tennessee 37919 | ) ) ) ) |
|     and | ) ) |
| UNITED COMMUNITY BANK<br>10514 Kingston Pike<br>Knoxville, Tennessee 37922<br>Serve: Bradley J. Miller, Registered Agent<br>59 Highway 515<br>Blairsville, GA 30512 | ) ) ) ) ) ) ) |
|     Defendants. | ) ) |

**COMPLAINT FOR FEDERAL TAXES AND TO FORECLOSE TAX LIEN**

The plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect joint federal income tax assessments, and statutory additions, made against Daniel Scott Hurley and LaDonna L. Hurley for the years 2005, 2006, 2007, 2008, 2012, 2015, and 2016, and federal income tax, and statutory additions, assessed against Daniel Scott Hurley, individually, for the year 2009, and to

1

enforce federal tax liens associated with those liabilities against certain real property jointly owned by Daniel Scott Hurley and LaDonna L. Hurley, their personal residence, and sell the property, the proceeds of the sale distributed in accordance with the rights of the parties as determined herein, with the amounts attributable to the federal tax liens paid to the United States to be applied to the joint federal income tax liabilities of Daniel Scott Hurley and LaDonna L. Hurley, and the individual income tax liability of Daniel Scott Hurley. In support of this action, the United States alleges as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, 1345, and 26 U.S.C. §§ 7402(a) and 7403.

2. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1396.

## PARTIES

3. The plaintiff is the United States of America.

4. Defendants, Daniel Scott Hurley and LaDonna L. Hurley, are married to each other and reside at 5312 Rio Vista Lane, Knoxville, Tennessee 37919, within the jurisdiction of the Court.

5. The real property to be foreclosed upon is located at 5312 Rio Vista Lane, Knoxville, Tennessee 37919, which is located within Knox County, and which is within the jurisdiction of this Court. The real property, the residence of Daniel Scott Hurley and Ladonna L. Hurley, is more particularly described as:

> SITUATED in District Number Six (6) of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as an unnumbered lot in the CAROLYN'S ACRE ESTATES, Unit 4, as the same appears of record in Map Cabinet K, Slide 324D (formerly Map Book 49L, Page 9) in the Register's Office for Knox County, Tennessee, and being more particularly described as follows:

BEGINNING at an iron pin in the south right of way of Rio Vista Lane, common corner to property of Heiser, said iron pin located along the Southerly right of way line of Rio Vista Lane, in an Easterly direction 590.07 feet from the point of intersection of the Southerly right of way of Rio Vista Lane and the Northeast right of way line of Houser Road; thence from said point of BEGINNING, running along the Southerly right of way line of Rio Vista Lane, North 83 deg. 23 min. East 185.88 feet to a fence post or point; thence North 82 deg. 58 min. East 4.12 feet to an iron pin along the Southerly right of way line of Rio Vista Lane; thence South 23 deg. 26 min. East 562.26 feet to an iron pin set; thence South 59 deg. 8 min. West 11.66 feet to an existing iron pin; thence South 71 deg. 47 min. West 198.34 feet to an iron pin; thence North 19 deg. 25 min. West 247.17 feet to an iron pin set; thence North 21 deg. 48 min. West 354.23 feet to an iron pin, the point of BEGINNING, and containing 2.59 acres, more or less, according to the survey of Touchton Engineering and Surveying Co., dated May 15, 1987.

SUBJECT to restrictions of record in Deed Book 864, Page 167; and Deed Book 1608, Page 543, in the Register's Office for Knox County, Tennessee.

SUBJECT to an easement for existing power lines across the lot, and ten (10) foot utility and drainage easements inside all exterior lot lines, as shown on plat of survey.

SUBJECT to any and all applicable restrictions, conditions, easements, covenants, rights of way, etc. of record in the Register's Office for Knox County, Tennessee.

BEING THE SAME property conveyed to D. Scott Hurley and wife, LaDonna Hurley from Carolyn M. Brown, Single and widow of T. G. Brown III, by Warranty Deed dated February 1, 1989, of record in Deed Book 1969, Page 810, in the Register's Office for Knox County, Tennessee.

6. The defendant, United Community Bank, maintains an address at 10514 Kingston Pike, Knoxville, Tennessee 37922, within the jurisdiction of this Court. United Community Bank is being name as a defendant in this action because it may claim an interest in the real property being foreclosed upon, pursuant to 26 U.S.C. § 7403(b).

COUNT I - REDUCE TO JUDGMENT INCOME TAX ASSESSMENTS

7. For the years and on the dates set forth below, a delegate of the Secretary of the Treasury of the United States assessed against Daniel Scott Hurley and Ladonna L. Hurley (Form 1040) joint federal income taxes, and statutory additions to tax, for the years 2005, 2006, 2007, 2008, 2012, 2015, and 2016:

3

| Year | Date of Assessment | Unpaid Balance | Accrued Interest | Accrued Penalty | Amount Due as of 8/20/2018 |
|---|---|---|---|---|---|
| 2005 | 9/08/2008 | $ 21,793.14 | $ 680.72 | 0.00 | $ 22,473.86 |
| 2006 | 10/06/2008 | $ 162,933.37 | $ 5,085.98 | 0.00 | $ 168,019.35 |
| 2007 | 2/08/2010 | $ 234,876.75 | $ 7,331.70 | 0.00 | $ 242,208.45 |
| 2008 | 2/15/2010 | $ 203,421.56 | $ 6,349.82 | 0.00 | $ 209,771.38 |
| 2012 | 2/24/2014 | $ 161,457.11 | $ 5,039.90 | 0.00 | $ 166,497.01 |
| 2015 | 11/28/2016 | $ 24.00 | $ 120.61 | $ 58.93 | $ 203.54 |
| 2016 | 11/20/2017 | $ 143,356.04 | $ 4,928.93 | $ 11,197.39 | $ 159,482.36 |
| Total | | | | | $ 968,655.95 |

8. Despite notice and demand for payment, Daniel Scott Hurley and Ladonna L. Hurley have failed, neglected, or refused to pay the outstanding assessments, described above. As a result, there remains due and owing from Daniel Scott Hurley and Ladonna L. Hurley, as of August 20, 2018, the amount of $ 968,655.95, plus statutory additions to tax accruing thereon according to law, and continuing until paid.

9. Based on the (Form 1040) income tax return filed by Daniel Scott Hurley, on November 29, 2010 a delegate of the Secretary of the Treasury of the United States assessed against him $48,310.00 of federal income tax for the year 2009.

10. Despite notice and demand for payment, Daniel Scott Hurley has failed, neglected, or refused to pay the outstanding assessment for the year 2009. As a result, statutory additions to tax have accrued and there remains due and owing form Daniel Scott Hurley, as of August 20, 2018, the amount of $ 50,889.94, plus statutory additions accruing thereon according to law, and continuing until paid.

WHEREFORE, the plaintiff, the United States of America, prays as follows:

A.　　That the Court order and adjudge that Daniel Scott Hurley and Ladonna L. Hurley are indebted to the United States, as of August 20, 2018, in the amount of $ 968,655.95, plus statutory additions to tax accruing thereon according to law, and continuing until paid;

B.　　That the Court order and adjudge that Daniel Scott Hurley is indebted to the United States, as of August 20, 2018, in the amount of $ 50,889.94, plus statutory additions to tax accruing thereon according to law, and continuing until paid;

C.　　That the Court award to the United States its costs of prosecuting this action; and

D.　　That the Court award such other and further relief as may be deemed just and proper under the circumstances.

## COUNT II - FORECLOSE TAX LIENS OF THE UNITED STATES

11.　　The United States incorporates and realleges paragraphs 1 to 10, above, as if fully set forth.

12.　　By reason of the tax assessments described in paragraph 10, above, and pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens arose on the date of the assessments, and attached to all property and rights to property, then owned or thereafter acquired by Daniel Scott Hurley and Ladonna L. Hurley.

13.　　On March 2, 2009, the United States filed a notice of federal tax lien ("NFTL") with the Register of Deeds, Knox County, Tennessee, against Daniel S & Ladonna L Hurley for unpaid (Form 1040) joint federal income tax, and statutory additions, for the years 2000, 2003, 2004, 2005, and 2006.

14.　　On March 8, 2010, the United States filed a notice of federal tax lien ("NFTL") with the Register of Deeds, Knox County, Tennessee, against Daniel S & Ladonna L Hurley for

5

unpaid (Form 1040) joint federal income tax, and statutory additions, for the years 2007 and 2008.

15. On March 2, 2012, the United States filed a notice of federal tax lien ("NFTL") with the Register of Deeds, Knox County, Tennessee, against Daniel S Hurley for unpaid (Form 1040) federal income tax, and statutory additions, for the year 2009.

16. On April 7, 2014, the United States filed a notice of federal tax lien ("NFTL") with the Register of Deeds, Knox County, Tennessee, against Daniel S & Ladonna Hurley for unpaid (Form 1040) joint federal income tax, and statutory additions, for the year 2012.

17. On January 2, 2018, the United States filed a notice of federal tax lien ("NFTL") with the Register of Deeds, Knox County, Tennessee, against Daniel S & Ladonna L Hurley for unpaid (Form 1040) joint federal income tax, and statutory additions, for the year 2016.

18. On March 12, 2018, the United States re-filed the notice of federal tax lien ("NFTL") with the Register of Deeds, Knox County, Tennessee, against Daniel S & Ladonna L Hurley, for unpaid (Form 1040) joint federal income tax, and statutory additions, for the years 2005 and 2006.

19. On March 26, 2018, the United States filed a notice of federal tax lien ("NFTL") with the Register of Deeds, Knox County, Tennessee, against Daniel S & Ladonna L Hurley, for unpaid (Form 1040) joint federal income tax, and statutory additions, for the years 2015.

20. Because the federal tax liens attach to the real property, they should be foreclosed and the real property sold with proceeds distributed to the parties in this action to the extent the Court determines that the parties have an interest in the real property, and which distribution shall be in the order of priority of interests.

WHEREFORE, the plaintiff, the United States of America, prays as follows:

E. That the Court order and adjudge that the United States of America has valid and subsisting federal tax liens on all property and rights to property of Daniel Scott Hurley and Ladonna L. Hurley, including their interest in the real property;

F. That the Court order and adjudge that the federal tax liens attaching to the real property be foreclosed and that the real property be sold, according to law, free and clear of any right, title, lien, claim, or interest of any of the parties herein, and that the proceeds of the sale be distributed in accordance with the rights of the parties determined herein, with the amounts attributable to the federal tax liens be paid to the United States to be applied against the joint federal income tax liabilities of Daniel Scott Hurley and Ladonna L. Hurley, and the individual income tax liability of Daniel Scott Hurley;

G. That the Court award to the United States its costs of prosecuting this action; and

H. That the Court award such other and further relief as may be deemed just and proper under the circumstances.

DATED: November 15, 2018.

J. DOUGLAS OVERBEY
United States Attorney

/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, DC 20044
Telephone Copier: (202) 307-6483
Telecopy: (202) 514-6866
michael.j.martineau@usdoj.gov

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael J. Martineau, Esq., Tax Division, U.S. Dep't of Justice, P.O. Box 227, Ben Franklin Sta., Washington, D.C. 20044: 202.307.6483

## DEFENDANTS
Daniel Scott Hurley, Ladonna L. Hurley, and United Community Bank

County of Residence of First Listed Defendant  Knox
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
|  |  |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. sections 7402(a) and 7403

Brief description of cause:
Reduce federal income tax assessments to judgment; enforce federal tax liens on real property - residence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 1,019,545.89
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____  DOCKET NUMBER _____

DATE: 11/15/2018
SIGNATURE OF ATTORNEY OF RECORD: *Michael J. Martineau*

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

Case 3:18-cv-00485   Document 1-1   Filed 11/15/18   Page 1 of 1   PageID #: 8

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee ▾

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>Daniel Scott Hurley, Ladonna L. Hurley, and United Community Bank<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Scott Hurley
5312 Rio Vista Lane
Knoxville, Tennessee 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael J. Martineau, Esquire
Tax Division, U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202.307.6483
michael.j.martineau@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee ▾

| | |
|---|---|
| United States of America ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| Daniel Scott Hurley, Ladonna L. Hurley, and United Community Bank ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ladonna L. Hurley
5312 Rio Vista Lane
Knoxville, Tennessee 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Martineau, Esquire
Tax Division, U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202.307.6483
michael.j.martineau@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____
                                                      *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee ▾

| | |
|---|---|
| United States of America | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Daniel Scott Hurley, Ladonna L. Hurley, and United Community Bank | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United Community Bank
10514 Kingston Pike
Knoxville, Tennessee 37922
Serve: Bradley J. Miller, Registered Agent
59 Highway 515
Blairsville, GA 30512

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Martineau, Esquire
Tax Division, U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202.307.6483
michael.j.martineau@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: